THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES BLAKESLEE, CHARLES BRODERICK and THOMAS SOKOLSKI, Appellants.

Argued October 6, 1955; decided October 20, 1955.

*Charles J. McDonough* for appellants.

*John F. Dwyer, District Attorney (Merrill G. Windelberg* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CONWAY, Ch. J., FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DESMOND and DYE, JJ.